# United States Court of Appeals
## For the First Circuit

No. 12-1926

JASON GALANIS

Plaintiff - Appellant

v.

MATTHEW SZULIK

Defendant - Appellee

SCOTT HINTZ; KEITH DALRYMPLE; DALRYMPLE FINANCE LLC,
a Florida Limited Liability Company; DOES 1 through 100

Defendants

### JUDGMENT

Entered: October 16, 2012
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Michael J. Sullivan
John Ratcliffe
John Leslie Brownlee
Ralph T. Lepore

Benjamin M. McGovern
Tracy Ann Nichols
Daniel I. Small
Michael J. Stromsnes